**Terry W. KIRSCHENMANN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3007.

United States Court of Appeals, Federal Circuit.

March 11, 2005.

*ORDER*

Terry W. Kirschenmann moves without opposition to voluntarily dismiss his petition for review of the decision of the Merit Systems Protection Board in *Kirschenmann v. United States Postal Serv.,* No. CH–0351–03–0598–I–1, 96 M.S.P.R. 646 (M.S.P.B. Aug.12, 2004).

Upon consideration thereof,

IT IS ORDERED THAT: